# United States Court of Appeals
## For the First Circuit

No. 17-1367

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ CENTENO-GONZÁLEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court, issued on February 24, 2021, is amended as follows:

On page 6, line 22, delete the first comma.

On page 7, lines 12-13, replace the citation with "<u>Id.</u> at *1-3."

On page 7, line 13, replace "its" with "his."

On page 19, line 7, replace "magistrate's" with "magistrate judge's."

On page 21, line 15, replace "magistrate's" with "magistrate judge's."